IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF TENNESSEE

---

| | |
|---|---|
| STEVE STAPLETON, JR. and <br> RICHARD STAPLETON, <br><br> PLAINTIFFS, <br><br> vs. <br><br> MONUMENTAL LIFE INSURANCE <br> COMPANY, <br><br> DEFENDANT. | * <br> * <br> * <br> * <br> * <br> *     No. 2:08-cv-02886-SHM <br> * <br> * <br> * <br> * <br> * |

---

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), notice is hereby given that all parties have agreed and hereby stipulate that Plaintiffs' claims herein against Monumental Life Insurance Company shall be dismissed without prejudice. No court costs, including discretionary costs, shall be assessed.

Respectfully submitted,

/s/ F. Auston Wortman, III
Terry C. Cox (#006386)
F. Auston Wortman, III (#024808)
149 South Rowlett Street
Collierville, Tennessee  38017

Attorneys for Plaintiffs Steve Stapleton, Jr. and Richard Stapleton

/s/ David E. Goodman, Jr.
DeWitt M. Shy, Jr. (# 5163)
David Goodman, Jr. (# 021493)
130 North Court Avenue
Memphis, Tennessee  38103

Attorneys for Defendant Monumental Life Insurance Company

1

APPROVED AND STIPULATED TO:


/s/ F. Auston Wortman, III
Terry C. Cox (#006386)
F. Auston Wortman, III (#024808)
149 South Rowlett Street
Collierville, Tennessee  38017
(901) 853-3500

Attorneys for Plaintiffs Steve Stapleton,
Jr. and Richard Stapleton



/s/ David E. Goodman, Jr.
DeWitt M. Shy, Jr. (# 5163)
David Goodman, Jr. (# 021493)
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000

Attorneys for Defendant Monumental
Life Insurance Company