```
                  UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

**STEVE STAPLETON, JR., et al.,**

     Plaintiffs,

v.                                                    Cv. No. 08-2886-Ma

**MONUMENTAL LIFE INSURANCE COMPANY,**

     Defendant.

# JUDGMENT

     Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed February 11, 2009.

# APPROVED:

*S/ Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| March 3, 2009 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *S/ Jean Lee* |
| | (By) DEPUTY CLERK |